**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
ANTHONY R. NAPOLITANO (STATE BAR NO. 34586)
  *Assistant Attorney General*
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Facsimile: (602) 542-8308
ACL@azag.gov
Anthony.Napolitano@azag.gov

*Attorneys for Defendant Mark Brnovich,*
*in his official capacity as Attorney General*
*of the State of Arizona*

[Additional counsel and emails listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Human Rights Movement, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Brnovich, in his official capacity as Attorney General of Arizona, et al.<br><br>Defendants. | No. 2:21-cv-00446-JJT<br><br>**STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANT MARK BRNOVICH TO ANSWER THE COMPLAINT**<br><br>(Second Request) |

Plaintiffs and Defendant Mark Brnovich, in his official capacity as Attorney General of Arizona, ("Defendant Brnovich") do hereby stipulate, pursuant to LRCiv.

7.3, that Defendant Mark Brnovich shall receive an extension of time to June 14, 2021, to respond to Plaintiffs' Complaint (Doc 1). This is Defendant Brnovich's second request for an extension of time.

The Plaintiffs and Defendant Brnovich stipulate to an extension of time because such an extension would conform all defendants' deadline to answer or otherwise respond to the Complaint to the same date following the Court's Order of May 17, 2021, (Doc. 33). Maintaining such conformity and the potential to more easily coordinate a defense was a reason given in Defendant Brnovich's first request for an extension of time (Doc. 10), which this Court granted (Doc. 12). Defendant Brnovich has consulted with counsel for the Federal Defendants[1], and they consent to this stipulation.

//
//
//

---

[1] Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; David Pekoske, in his official capacity as Senior Official Performing the Duties of Deputy Secretary of Homeland Security; Tracy Renaud, in her official capacity as Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services; Tae D. Johnson, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; Troy Miller, in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; United States Department of Homeland Security; United States Citizenship and Immigration Services; United States Immigration and Customs Enforcement; and United States Customs and Border Protection.

RESPECTFULLY SUBMITTED this 21st day of May, 2021.

| | |
|---|---|
| /s/ *E. Martin Estrada*<br>E. MARTIN ESTRADA<br>Martin.Estrada@mto.com<br>(*Pro Hac Vice* granted)<br>BRANDON E. MARTINEZ<br>Brandon.Martinez@mto.com<br>(*Pro Hac Vice* granted)<br>ABRAHAM REJWAN OVED<br>avi.oved@mto.com<br>(*Pro Hac Vice* granted)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 683-9100<br>Facsimile:    (213) 687-3702<br><br>THOMAS A. SAENZ<br>tsaenz@maldef.org<br>(*Pro Hac Vice* granted)<br>ERNEST I. HERRERA<br>eherrera@maldef.org<br>(*Pro Hac Vice* granted)<br>MEXICAN AMERICAN LEGAL<br>  DEFENSE AND EDUCATIONAL<br>FUND<br>634 South Spring Street<br>Los Angeles, California 90014<br>Telephone:   (213) 629-2512<br>Facsimile:    (213) 629-0266<br><br>DANIEL R. ORTEGA JR.<br>danny@ortegalaw.com<br>ORTEGA LAW FIRM, P.C.<br>361 East Coronado Road, Ste. 101<br>Phoenix, Arizona 85004<br>Telephone:   (602) 386-4455<br>Facsimile:    (602) 376-4480<br><br>*Counsel for Plaintiffs* | MARK BRNOVICH<br>ATTORNEY GENERAL<br><br><br>By /s/  *Anthony R. Napolitano*<br>Anthony R. Napolitano (No. 34586)<br>   *Assistant Attorney General*<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-3333<br>Facsimile: (602) 542-8308<br>ACL@azag.gov<br>Anthony.Napolitano@azag.gov<br><br><br>*Attorneys for Defendant Mark Brnovich, in his official capacity as Attorney General of the State of Arizona* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system, which will send a notice of filing to all counsel of record.

                                                        /s/ *Anthony R. Napolitano*