THOMAS A. SAENZ – Cal. Bar No. 159430*
tsaenz@maldef.org
ERNEST I. HERRERA – Tex. Bar No. 24094718*
eherrera@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND (MALDEF)
634 S. Spring St.
11th Floor
Los Angeles, CA 90014
Telephone:    (213) 629-2512 ext. 121
Facsimile:    (213) 629-0266

E. MARTIN ESTRADA – Cal. Bar No. 223802*
martin.estrada@mto.com
BRANDON E. MARTINEZ – Cal. Bar No. 318749*
brandon.martinez@mto.com
ABRAHAM REJWAN OVED – Cal. Bar No. 335927*
avi.oved@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

DANIEL R. ORTEGA JR. – Ariz. Bar No. 005015
danny@ortegalaw.com
ORTEGA LAW FIRM, P.C.
361 East Coronado Road, Ste. 101
Phoenix, Arizona 85004
Telephone:    (602) 386-4455
Facsimile:    (602) 386-4480

* *Pro Hac Vice* granted

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Puente Human Rights Movement; Chicanos Por La Causa, Inc.; and The Florence Immigrant & Refugee Rights Project, Inc., <br><br>          Plaintiffs, <br><br> vs. | Case No. 2:21-CV-00446-JJT <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)** |

-1-
STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER
FED. R. CIV. P. 41(a)(1)

Mark Brnovich, in his official capacity as Attorney General of Arizona;

Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security;

John K. Tien, in his official capacity as Deputy Secretary of Homeland Security;[1]

Tracy Renaud, in her official capacity as Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services;

Tae D. Johnson, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement;

Troy Miller, in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection;

United States Department of Homeland Security;

United States Citizenship and Immigration Services;

United States Immigration and Customs Enforcement;

and

United States Customs and Border Protection,

Defendants.

---

[1] Under Fed. R. Civ. P. 25(d), Defendant Tien is automatically substituted as a party in place of former defendant David Pekoske.

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**UNDER FED. R. CIV. P. 41(a)(1)**

WHEREAS the Plaintiffs, Defendant Mark Brnovich, and the Federal Defendants[2] (collectively "the Parties") agree as follows:

(1) In a letter dated February 2, 2021, Defendant Department of Homeland Security ("DHS") stated that the Sanctuary for Americans First Enactment Agreement (the "SAFE Agreement") signed by Kenneth T. Cuccinelli and Defendant Mark Brnovich, the Attorney General of Arizona, was "void" and unenforceable, and, in the alternative, gave notice that DHS "rescinds, withdraws, and terminates" the SAFE Agreement;

(2) As a result of the DHS's February 2, 2021 letter, the SAFE Agreement has never been operationalized;

(3) Federal Defendants represent that they do not seek to enforce the SAFE Agreement, and Defendant Brnovich represents that he does not seek to enforce the SAFE Agreement in court by specific performance;

(4) The SAFE Agreement, by its terms, will expire by August 1, 2021, at the latest;

(5) Fed. R. Civ. P. 41(a)(1)(A)(ii) permits a plaintiff voluntarily to dismiss an action without prejudice and without a court order by filing a stipulation signed by all parties who have appeared,

---

[2] Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security; John K. Tien, in his official capacity as Deputy Secretary of Homeland Security; Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; Tae D. Johnson, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; Troy Miller, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement; and U.S. Customs and Border Protection.

-4-

1   IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P.
2   41(a)(1)(A)(ii), by and between the Parties, through their undersigned counsel(s), that the
3   above-captioned action is dismissed without prejudice.  Each party is to bear its own fees
4   and costs.

| | |
|---|---|
| Dated: July 12, 2021 | Respectfully submitted, |

| | |
|---|---|
| By:     */s/ Anthony R. Napolitano* <br> ANTHONY R. NAPOLITANO <br> Assistant Attorney General <br> Office of the Arizona Attorney General <br> 2005 N. Central Ave. <br> Phoeniz, Arizona 85004 <br> Telephone: (602) 542-3333 <br> Facsimile: (602) 542-8308 <br> Email: ACL@azag.gov <br>        Anthony.NApolitano@azag.gov <br><br> *Counsel for Defendant Mark Brnovich* | By:     */s/ E. Martin Estrada* <br> E. MARTIN ESTRADA <br> Martin.Estrada@mto.com <br> (*Pro Hac Vice* granted) <br> BRANDON E. MARTINEZ <br> Brandon.Martinez@mto.com <br> (*Pro Hac Vice* granted) <br> ABRAHAM REJWAN OVED <br> avi.oved@mto.com <br> (*Pro Hac Vice* granted) <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> THOMAS A. SAENZ <br> tsaenz@maldef.org <br> (*Pro Hac Vice* granted) <br> ERNEST I. HERRERA <br> eherrera@maldef.org <br> (*Pro Hac Vice* granted) <br> MEXICAN AMERICAN LEGAL <br>   DEFENSE AND EDUCATIONAL FUND <br> 634 South Spring Street <br> Los Angeles, California 90014 <br> Telephone: (213) 629-2512 <br> Facsimile: (213) 629-0266 <br><br> DANIEL R. ORTEGA JR. <br> danny@ortegalaw.com <br> ORTEGA LAW FIRM, P.C. <br> 361 East Coronado Road, Ste. 101 <br> Phoenix, Arizona 85004 <br> Telephone: (602) 386-4455 <br> Facsimile: (602) 376-4480 <br><br> *Counsel for Plaintiffs* |

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FED. R. CIV. P. 41(a)(1)

By: <u>/s/ Brian C. Rosen-Shaud</u>

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

Brian C. Rosen-Shaud (ME Bar No. 006018)
Adam Kirschner (IL Bar No. 6286601)
Michael F. Knapp (CA Bar No. 314104)
Kuntal Cholera (DC Bar No. 1031523)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
(202) 305-7667 (telephone)
(202) 616-8470 (facsimile)
Email: Brian.C.Rosen-Shaud@usdoj.gov
　　　　Adam.Kirschner@usdoj.gov
　　　　Michael.F.Knapp@usdoj.gov
　　　　Kuntal.Cholera@usdoj.gov

*Counsel for Federal Defendants*

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FED. R. CIV. P. 41(a)(1)