IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Human Rights Movement, *et al.*,<br>  Plaintiffs,<br>v.<br>Mark Brnovich, *et al.*,<br>  Defendants. | No. CV-21-00446-PHX-JJT<br>**ORDER** |

Upon review of the parties' Stipulation of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(1) (Doc. 38), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 38). The above-entitled matter is hereby dismissed without prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions (Docs. 36 and 37) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 13th day of July, 2021.

Honorable John J. Tuchi
United States District Judge